Kit M. Stetina (SBN 92,977)
Gregory K. Clarkson (SBN 298,712)
**STETINA BRUNDA GARRED & BRUCKER**
75 Enterprise, Suite 250
Aliso Viejo, California 92656
*kstetina@stetinalaw.com*
*gclarkson@stetinalaw.com*
Tel: (949) 855-1246

Attorneys for Plaintiff
Insight Psychology and Addiction Inc.
d/b/a NSIGHT Psychology and Addiction

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Insight Psychology and Addiction Inc. d/b/a NSIGHT Psychology and Addiction,<br><br>            Plaintiff,<br>   v.<br><br>Inpsycht Psychological Services, PC; Lauren Ashley Shapiro; and Does 1-100, Inclusive.<br><br>            Defendants. | Case No. 8:22-cv-01304-JVS-KES<br><br>Hon. James V. Selna<br><br>**NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT**<br><br>Date: January 9, 2023<br>Time: 1:30 p.m.<br>Courtroom: 9D |

TO THE COURT AND DEFENDANTS:

PLEASE TAKE NOTICE THAT on January 9, 2023 at 1:30 p.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at 411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516, Plaintiff Insight Psychology and Addiction Inc. d/b/a NSIGHT Psychology and Addiction ("Plaintiff") will present its application for a default judgment against Defendants Inpsycht Psychological Services,

PC ("IPS") and Lauren Ashley Shapiro ("Dr. Shapiro") (collectively, "Defendants").

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendants are not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. (See Declaration of Gregory K. Clarkson at ¶ 6, 7.)

2. Notice of this application has been served as required by Rule 55(b)(2).

3. Notice of this application for default judgment by Court has been served on said Defendants on November 28, 2022 by email as required by Local Rule 55-1 (Id. at ¶ 8.)

4. The above-named Defendants have failed to plead or otherwise respond to the complaint. (Id. at ¶ 5.)

This Application is based on this Notice, the attached declaration of Gregory K. Clarkson, and the pleadings, files and other matters that may be presented at the hearing.

                              Respectfully Submitted,

Dated: November 28, 2022     STETINA BRUNDA GARRED & BRUCKER

By: /s/Gregory K. Clarkson
     Kit M. Stetina
     Gregory K. Clarkson

Attorneys for Plaintiff
Insight Psychology and Addiction Inc.
d/b/a NSIGHT Psychology and Addiction

## DECLARATION OF GREGORY K. CLARKSON

I, Gregory K. Clarkson, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this Court. I make this declaration of my own personal knowledge and could and would so testify if called.

2. The Court issued summons as to Defendants on July 14, 2022. (Doc. 10).

3. On September 12, 2022, Defendants signed and returned Waivers of Service of Summons, which were filed with the Court on that date (Docs. 13, 14). Thus, under Rule 12(a)(2), Defendants were required to plead or otherwise respond to the complaint by November 7, 2022.

4. On November 14, 2022, I notified Defendant Lauren Ashley Shapiro ("Dr. Shapiro") via email that she and her co-defendant were in procedural default, and notified her of Plaintiff's intent to file a notice of default in this action if no answer or other response to the complaint was filed by November 19, 2022. True and correct copies of my communications with Dr. Shapiro in this regard are attached hereto as Exhibit A.

5. As of the present date, Defendants have failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

6. Defendants are not believed to be a minor or an incompetent person.

7. Defendants are not believed to currently be in the military service, and therefore the Service Members Civil Relief Act is not understood to apply.

8. I served a copy of this application for default judgment by email to Inpsycht Psychological Services PC (lauren@laurenshapiropsyd.com) and Lauren Ashley Shapiro (lauren@laurenshapiropsyd.com) on November 28, 2022.

//
//
//

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 28 day of November 2022, at Aliso Viejo, California.

Dated: November 28, 2022          /s/Gregory K. Clarkson
                                  Gregory K. Clarkson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on November 28, 2022.

The undersigned additionally certifies that the following persons are being served with this document via email on November 28, 2022:

INPSYCHT PSYCHOLOGICAL SERVICES, PC

LAUREN ASHLEY SHAPIRO

/s/Gregory K. Clarkson
Gregory K. Clarkson