Kit M. Stetina (SBN 92,977)
Gregory K. Clarkson (SBN 298,712)
**STETINA BRUNDA GARRED & BRUCKER**
75 Enterprise, Suite 250
Aliso Viejo, California 92656
*kstetina@stetinalaw.com*
*gclarkson@stetinalaw.com*
Tel: (949) 855-1246

Attorneys for Plaintiff
Insight Psychology and Addiction Inc.
d/b/a NSIGHT Psychology and Addiction

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Insight Psychology and Addiction Inc. d/b/a NSIGHT Psychology and Addiction, | Case No. 8:22-cv-01304-JVS-KES |
| | Hon. James V. Selna |
| Plaintiff, | |
| v. | **MOTION FOR DEFAULT FINAL JUDGMENT** |
| Inpsycht Psychological Services, PC; Lauren Ashley Shapiro; and Does 1-100, Inclusive. | Date: February 13, 2023 Time: 1:30 p.m. Courtroom: 9D |
| Defendants. | |

   **COMES NOW**, the Plaintiff, Insight Psychology and Addiction Inc. d/b/a NSIGHT Psychology and Addiction (hereinafter, "Plaintiff"),  by and through its counsel of record, pursuant to Federal Rule of Civil Procedure 55(b), hereby submits the instant motion for Default Final Judgment.  In support of its Motion, Plaintiff states:

   1.    Plaintiff filed the Complaint in the above-captioned proceedings on July 13, 2022 (Dkt. 1).

   2.    Service of process was waived by Defendants on September 12, 2022, as

1    evidenced by the Waivers of Service signed by Defendant Shapiro which were
2    filed with the Court  (Dkts. 12, 13).

3.   Defendants were required to answer, plead, or otherwise respond to the
     Complaint on or before November 7, 2022.

4.   None of the named Defendants filed an Answer or other responsive pleading
     on or before the November 7, 2022 deadline, or at any time thereafter.

5.   On December 15, 2022, Plaintiff requested that the Clerk of this Court enter
     Default against Defendants (Dkt. 21).

6.   On December 19, 2022, the Clerk of this Court entered Default against
     Defendants (Dkt. 23).

7.   Having failed to file an Answer or other responsive pleading, Defendants are
     deemed, as a matter of law, to have admitted all well pleaded allegations
     contained in the Complaint.

8.   Accordingly, Plaintiff respectfully requests that the Court enter default
     judgment against the named Defendants in the above-captioned proceeding for
     the injunctive relief requested in the complaint.

9.   Plaintiff further requests that the Court enter default judgment against the
     named Defendants in the above-captioned proceeding for monetary damages,
     costs, and attorneys' fees in an amount to be determined by the Court after
     review of the Record, and if necessary after conducting an evidentiary hearing
     pursuant to Federal Rule of Civil Procedure 55(b)(2).

10.  In further support of the instant Motion, Plaintiff relies on the Memorandum
     of Points and Authorities in Support of Plaintiff's Motion for Default
     Judgment, being submitted contemporaneously herewith.

//
//
//
//

1

2    Dated:  January 10, 2023

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

STETINA BRUNDA GARRED & BRUCKER

By:   /s/Gregory K. Clarkson
        Kit M. Stetina
        Gregory K. Clarkson

Attorneys for Plaintiff
Insight Psychology and Addiction Inc.
d/b/a NSIGHT Psychology and Addiction

Case No. 8:22-CV-01304-JVS-KES                      3
MOTION FOR DEFAULT FINAL JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system on January 10, 2023.

The undersigned additionally certifies that the following persons are being served with this document via email on January 10, 2023:

INPSYCHT PSYCHOLOGICAL SERVICES, PC

LAUREN ASHLEY SHAPIRO

/s/Gregory K. Clarkson
Gregory K. Clarkson

MOTION FOR DEFAULT FINAL JUDGMENT