# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-01304-JVS(KESx)　　　　　　　　Date 2/17/23

Title: Insight Psychology and Addiction Inc. v. Inpsycht Psychological Services, PC et al

Present: The Honorable James V. Selna

|  Elsa Vargas  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

None　　　　　　　　　　　　　　　　　None

**Proceedings:**　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated Dkt No. 26 - 2/16/2023 .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　eva