UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Insight Psychology and Addiction Inc. d/b/a NSIGHT Psychology and Addiction,<br><br>   Plaintiff,<br>v.<br><br>Inpsycht Psychological Services, PC; Lauren Ashley Shapiro; and Does 1-100, Inclusive.<br><br>   Defendants. | Case No. 8:22-cv-01304-JVS-KES<br><br>Hon. James V. Selna<br><br>**ORDER ENTERING FINAL JUDGMENT AND PERMANENT INJUNCTION** |

The Court previously entered default judgment in favor of Plaintiff Insight Psychology and Addiction Inc. ("Plaintiff") and against Defendants Inspycht Psychological Services, PC and Lauren Ashley Shapiro ("Defendants") (Doc. 26). In its Motion for Default Judgment, Plaintiff further requested that the Court enter the injunctive relief requested in the Complaint. (Doc. 24 at ¶8).

Having considered the entire record and pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** and **ENTERS FINAL JUDGMENT** against both Defendants as follows:

## FINAL JUDGMENT

1. On Plaintiff's Claim for Trademark Infringement, the Court enters judgment in Plaintiff's favor.

2. On Plaintiff's Claim for Federal Unfair Competition, the Court enters judgment in Plaintiff's favor.

3. On Plaintiff's Claim for California Statutory Unfair Competition, the Court enters judgment in Plaintiff's favor.

4. On Plaintiff's Claim for Common Law Unfair Competition, the Court enters judgment in Plaintiff's favor.

5. On Plaintiff's Claim for Intentional Interference with Contractual Relations, the Court enters judgment in Plaintiff's favor.

6. On Plaintiff's Claim for Intentional Interference with Prospective Economic Advantage, the Court enters judgment in Plaintiff's favor.

7. The Court retains jurisdiction for the purpose of implanting and enforcing this judgment.

## PERMANENT INJUNCTION

**IT IS ORDERED AND ADJUDGED THAT**:

1. Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, affiliates, and related companies and all persons acting for, with, by, through or under them, and each of them, be permanently enjoined and restrained from:

   a. using in any manner the Infringing Mark or any other trade name, trademark, trade dress, or service mark that is confusingly similar to Plaintiff's NSIGHT Trademarks in connection with the sale, offering for sale, distribution, marketing, advertising, or promotion of Defendants' services;

   b. using any trademark, trade dress, service mark, name, logo, design, or source designation of any kind in connection with Defendants' services that is

a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to Plaintiff's NSIGHT Trademarks;

  c. using any trademark, trade dress, service mark, name, logo, design, or source designation of any kind in connection with Defendants' services that is likely to cause confusion, mistake, deception, or public misunderstanding that such services are provided by Plaintiff, or are sponsored or authorized by Plaintiff, or are in any way connected or related to Plaintiff;

  d. engaging in any activity constituting an infringement of Plaintiff's trademark rights or otherwise unfairly competing with Plaintiff in any way; and

  e. disclosing, reproducing, distributing, or using any of Plaintiff's confidential and proprietary information or trade secrets, or any of the confidential information of Plaintiff's patients;

2. Defendants be directed to remove the Infringing Mark from all locations which bear the Infringing Mark, destroy any such items which bear the Infringing Mark and from which the Infringing Mark cannot be removed; and

3. Defendants serve upon Plaintiff's counsel within thirty (30) days of this Order, a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the requirements of this injunction.

**DONE AND ORDERED** in chambers at Santa Ana, California, this 27th day of March, 2023.

_____
**Hon. James V. Selna**
**United States District Judge**